MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JOANNA WOODHEAD and<br>RAYMOND WOODHEAD,<br><br>   Defendants. | No. CR 98-00070 JW<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Joanna and Raymond Woodhead without prejudice and moves that the Court quash the arrest warrant for Raymond Woodhead issued in connection with the indictment in this case. Both defendants are believed to have resided outside the United States for at least the past five years, the criminal cases against co-defendants Steven Ableman and Howard Vogel are closed, and the government submits that the charges against Joanna and Raymond Woodhead should be dismissed at this time.

NOTICE OF DISMISSAL (CR 98-00070 JW)

DATED: 3/3/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Doug Las W. Lon for
MIRANDA KANE
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Joanna and Raymond Woodhead. It is further ordered that the arrest warrant for Raymond Woodhead issued in connection with the indictment is quashed.

Date: March 21 2011

James Ware
United States District Judge